# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE, | ) | |
| United States of America, by and through the US | ) | **JUDGMENT** |
| Attorney on behalf of the foregoing, | ) | |
| Appellant, | ) | No. 5:06-CV-335-BR |
| | ) | |
| v. | ) | |
| | ) | |
| PREFERRED ALTERNATIVES, INC., | ) | |
| Appellee. | ) | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED, ADJUDGED & DECREED** that the court AFFIRMS the bankruptcy court's order of 21 April 2006.

**This Judgment Filed and Entered on September 24, 2007 and Copies To:**

**Neal Fowler**
U. S. Dept. of Justice
310 New Bern Ave.
Suite 800
Raleigh, NC 27601

**William P. Janvier**
Everett Gaskins Hancock & Stevens, LLP
P. O. Box 911
Raleigh, NC 27602-0911

**K. Matthew Vaughn**
Everett, Gaskins, Hancock & Stevens
P. O. Box 911
Raleigh, NC 27602

SEPTEMBER 24, 2007 /s/ DENNIS P. IAVARONE, CLERK